IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 1:CR-00-063-03** |
| : | |
| **v.** : | |
| : | |
| **ROGER MOORE** : | |

**ORDER APPOINTING PUBLIC DEFENDER
AND SCHEDULING A REVOCATION PROCEEDING**

**IT IS HEREBY ORDERED THAT**:

1) The Federal Public Defender's Office, 100 Chestnut Street, Harrisburg, Pennsylvania 17101, telephone (717) 782-2237, is appointed to represent Defendant for purposes of the revocation proceedings in the captioned action.

2) The revocation proceeding will be held on Thursday, June 12, 2008 at 2:00 p.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                                   s/Sylvia H. Rambo
                                                                   SYLVIA H. RAMBO
                                                                   United States District Judge

Dated:  June 10, 2008.