IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**                CASE NUMBER: 1:00-CR-0063-03

vs.

**Roger Moore**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place: U.S. District Court            ***Date and Time: June 24, 2008 @ 11:00 AM**
      Courtroom #3
      228 Walnut Street
      8th Floor, Federal Building
      Harrisburg, PA. 17101

Type of Proceeding: Continuation of Hearing RE. Supervised Release Revocation

Date: June 12, 2008                 /s/ Mark J. Armbruster
                                                                    Deputy Clerk

CC:    Judge Sylvia H. Rambo
          Thomas Thornton, Esq.
          Eric Pfisterer, AUSA
          Daryl Bloom, AUSA
          U.S. Marshal
          Federal Probation
          Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.