# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CRIMINAL DOCKET FOR CASE #: 2:08-mj-00715-1
### Internal Use Only

Case title: USA v. MOORE                    Date Filed: 05/29/2008

Assigned to: Unassigned

**Defendant (1)**

**ROGER MOORE**  represented by  **NINA CARPINIELLO SPIZER**
DEFENDER'S ASSOCIATION OF PHILADELPHIA
INDEPENDENCE SQUARE WEST
CURTIS CENTER SUITE 540 WEST
PHILADELPHIA, PA 19106
215-928-1100
Email: nina_c_spizer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 10/12/08
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA | represented by | **RICHARD J. ZACK**<br>U.S. ATTORNEY'S OFFICE<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILADELPHIA, PA 19106<br>215-861-8463<br>Fax: 215-861-8498<br>Email: rich.zack@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2008 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE LYNNE A. SITARSKI: Initial Appearance/Appointment of Counsel Hearing/Detention Hearing as to ROGER MOORE held on 5/29/2008. Waiver of Rule 40 Hearings signed. Defendant is detained pending in-custody transfer to the Middle District of Pennsylvania. ATTORNEY RICHARD J. ZACK for USA, NINA CARPINIELLO SPIZER for ROGER MOORE ADDED IN CASE AS TO ROGER MOORE. Signed by Judge Lynne A. Sitarski.Court Reporter ESR.(mac, ) (Entered: 05/30/2008) |
| 05/30/2008 | 2 | CJA 23 Financial Affidavit filed by ROGER MOORE. (mac, ) (Entered: 05/30/2008) |
| 05/30/2008 | 3 | WAIVER of Rule 5(c)(3) Hearing filed by ROGER MOORE. (mac, ) (Entered: 05/30/2008) |
| 05/30/2008 | 4 | COMMITMENT TO ANOTHER DISTRICT AS TO ROGER MOORE. DEFENDANT COMMITTED TO THE MIDDLE DISTRICT OF PENNSYLVANIA. Signed by MAGISTRATE JUDGE LYNNE A. SITARSKI on 5/29/08.5/30/08 Entered and Copies Mailed, E-Mailed (mac, ) (Entered: 05/30/2008) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BAIL STATUS AND ORDER**

___ INTERPRETER NEEDED : **INITIAL APPEARANCE**
**APPOINTMENT OF COUNSEL**
**RULE 40 HEARING**
**DETENTION HEARING**

May 29, 2008
Date of Arrest: 5/28/08 : ESR OPERATOR: Mike Owens

UNITED STATES OF AMERICA : AUSA Richard Zack

v. : Criminal No: 08-715-M

ROGER MOORE : Nina Spizer
[] CJA Appointed
[] Retained
[X] Defenders' Assn. Apptd.

FILED MAY 30 2008

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[X] Other: Waiver of Rule 40 Hearings signed. Defendant is Detained pending in-custody transfer to the Middle District of Pennsylvania.

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 10 days to file pretrial motions.*

BY: Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT  9 MINUTES**

(Form Revised December, 2007)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE _____ V.S. _____ FOR _____ AT _____

PERSON REPRESENTED (Show your full name): Roger Moore

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 08-715
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

FILED MAY 30 2008 N/A

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: 7/05 Super Value, Rich Foods, Hanover, PA
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment; How much did you earn per month? $ 8 hrly
If married is your Spouse employed? ☐ Yes ☐ No  N/A
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____  SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS — DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Nyike Moore — supports child when working

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: State court fines / Child support arrears
Total Debt: $ not sure / $ 4000
Monthly Paymt.: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/29/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Roger Moore

AO 466 (Rev. 1/03) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Pennsylvania__

③

UNITED STATES OF AMERICA

## WAIVER OF RULE 40 HEARINGS
(All Criminal Cases)

V.

JUDGE: Lynne A. Sitarski

__ROGER MOORE__
Defendant

CASE NUMBER: 00-0063-03

I understand that charges are pending in the __MIDDLE__ District of __PENNSYLVANIA__ alleging violation of __18 U.S.C. 3606 Supervised Release__ and that I have been arrested in this district and taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

- *Check one only* -

[ ] **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(✓) preliminary hearing

( ) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

5/29/08
Date

_____
Defense Counsel

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Pennsylvania_____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| ROGER MOORE | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-715-M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify)  Probation Violation Complaint

charging a violation of   18   U.S.C. § 3606

**DISTRICT OF OFFENSE**
MIDDLE DISTRICT OF PENNSYLVANIA

**DESCRIPTION OF CHARGES:**

VIOLATION OF SUPERVISED RELEASE

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____5-29-2008_____         _____Lynne A. Sitarski_____
Date                                                   Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |