IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

**United States of America**                                         CASE NUMBER: 1:00-CR-0063-03

vs.

**Roger Moore**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been re-scheduled for the place, date and time set forth below:

Place: U.S. District Court                    *Date and Time: June 26, 2008 @ 11:00 AM
      Courtroom #3
      228 Walnut Street
      8th Floor, Federal Building
      Harrisburg, PA. 17101

Type of Proceeding: Continuation of Hearing RE. Supervised Release Revocation

Date: June 24, 2008                                        /s/ Mark J. Armbruster
                                                                       Deputy Clerk

CC:    Judge Sylvia H. Rambo
        Thomas Thornton, Esq.
        Eric Pfisterer, AUSA
        Daryl Bloom, AUSA
        U.S. Marshal
        Federal Probation
        Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.