AO 245 D (Rev. 06/05) Sheet 1 - Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| VS. | (For Revocation of Probation or Supervised Release) |
| ROGER MOORE | CASE NUMBER: 1:00-CR-0063-03 |
| | USM NUMBER: 37556-060 |
| **DATE OF ORIGINAL JUDGMENT** | Thomas Thornton |
| October 5, 2000 | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of <u>General, Standard and Special</u> conditions of supervised release of the terms of supervision.

[ ] was found in violation of condition_____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date of Violation |
|---|---|---|
| General | Defendant shall not commit another federal, state, or local crime | 01/03/2005 |
| Standard #2 | Defendant shall report to the probation officer, and shall submit a truthful and complete written report in the first five days of each month. | 12/31/2004 |
| Special | Defendant shall pay any balance of the fine imposed in minimum monthly installments of no less than $50. | 06/12/2008 |

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or, mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**June 26, 2008**
Date of Imposition of Sentence

6/30/08
Date

_/s/ Sylvia H. Rambo_
Sylvia H. Rambo, United States District Judge
Middle District of Pennsylvania

★U.S.GPO:1990-722-448/10286

AO 245 D (Rev. 06/05) Judgment in a Criminal Case, for Revocations

Defendant: ROGER MOORE  
Case Number: 1:00-CR-0063-03

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months**.

[X] The court makes the following recommendations to the Bureau of Prisons:
**The court recommends to the Bureau of Prisons that the defendant be designated to Fort Dix, NJ as the place of confinement, if deemed appropriate.**

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at _____ a.m./p.m. on _____.
    [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy Marshal